

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00199-CV

## IN RE ROBERT DENNIS

## Original Proceeding

## MEMORANDUM OPINION

We received documents from Robert Dennis, an inmate, dated June 4, 2012. By letter dated June 14, 2012, the Clerk of this Court notified Dennis that, pursuant to Rules 42.3 and 44.3 of the Texas Rules of Appellate Procedure, this proceeding was subject to dismissal because it appeared that, although the June 4th documents had been filed, the documents did not create a mandamus proceeding in this Court. *See* TEX. R. APP. P. 52.1 ("An original appellate proceeding … is commenced by filing a petition with the clerk of the appropriate appellate court."). The Clerk further warned Dennis that we may dismiss this proceeding unless, within 21 days from the date of this letter, a response was filed showing grounds for continuing the proceeding. Twenty-one days have passed, and Dennis has not responded.

This proceeding is dismissed. Further, Dennis's Motion for Suspension of Rules is dismissed as moot.

Absent a specific exemption, the Clerk of this Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (West 2005); and § 51.208 (West Supp. 2010). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Proceeding dismissed
Motion dismissed
Opinion delivered and filed July 26, 2012
Do not publish
[OT06]